IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00339-ZLW-BNB

AMANDA JACKSON,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

    Defendant.

---

## ORDER

---

In consideration of the Minute Order entered on June 13, 2006, by Magistrate Judge Boyd N. Boland, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers or a status report shall be filed on or before June 27, 2006.  If by that date settlement papers or a status report has not been received by the Court, on July 5, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __14__ day of June, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court